AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

DAVID ERIKSON MCINTOSH

**WARRANT FOR ARREST**

CASE NUMBER: 07-323-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>DAVID ERIKSON MCINTOSH</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

**FILED**

**AUG 0 7 2007**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) §§ 371, 1344, 513(a), 2314) and 2.

JOHN M. FACCIOLA
Name of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature] Joh M Facala
Signature of Issuing Officer

JUN 2 7 2007   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ ||
| DATE RECEIVED 6-28-07 / 08/08/07 | NAME AND TITLE OF ARRESTING OFFICER |
| DATE OF ARREST RETURN 08/08/07 | D.L. BALDWIN  DUSM - SDUSM/USMS |
| | SIGNATURE OF ARRESTING OFFICER [signature] |

1344022