AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

**FILED**
AUG 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_for the_ DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA

V.

DAVID E. MCINTOSH

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
(Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 07-323M

I, __David E. McIntosh__, charged in a (complaint) ~~(petition)~~ pending in this District with __Conspiracy, bank fraud, possession of forged securities, and interstate transportation of stolen property__, in violation of Title __18__, U.S.C., __371, 1344, 513(a), 2314 and 2__ and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ~~(examination)~~ (hearing), do hereby waive (give up) my right to a preliminary ~~(examination)~~ (hearing).

_X McIntosh_
Defendant

__August 22, 2007__
Date

_Cab_
Counsel for Defendant